United States District Court
Southern District of Texas
**ENTERED**
November 30, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KURTIS ROOKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-03665 |
| | § | |
| REFINERY SPECIALTIES, INC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff Kurtis Rooks has filed a Notice of Nonsuit Without Prejudice as to Defendant Refinery Specialties, Incorporated (Doc. 7) and a Notice of Dismissal Without Prejudice as to Defendant Refinery Specialties, Incorporated (Doc. 8). In accordance with those Notices and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendant Refinery Specialties, Incorporated are hereby **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk is directed to administratively **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this 29th day of November, 2021.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE